IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONAL LABOR RELATIONS BOARD
M. Kathleen McKinney, Regional Director of
Region 15, by, for and on behalf of the
National Labor Relations Board                                PETITIONER

v.                              No. 3:15-cv-240-DPM

MASTERCRAFT DISTRIBUTION USA, INC                  RESPONDENT

ORDER

The Court notes and congratulates the parties' on their settlement, № 14. FED. R.CIV. P. 41(a)(1)(A)(ii). The Clerk should correct the docket; № 14 is a stipulation, not a motion.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

9 September 2015