IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

NATIONAL LABOR RELATIONS BOARD
M. Kathleen McKinney, Regional Director of
Region 15, by, for and on behalf of the
National Labor Relations Board                                    PETITIONER

v.                              No. 3:15-cv-240-DPM

MASTERCRAFT DISTRIBUTION USA, INC                    RESPONDENT

## JUDGMENT

Petitioner's petition for temporary injunction is dismissed without prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 September 2015